No. 86–6274.   HAEFNER v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir.   Certiorari denied.

No. 86–6276.   CURTIS v. ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 86–6278.   GILREATH v. ARMONTROUT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 86–6281.   CARTEE v. NIX, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6282.   SCHANDELMEIER v. CUNNINGHAM, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6283.   THOMPSON v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6286.   SAMPLE v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6287.   TEDDER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6288.   MATHIS v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 86–6292.   COVINGTON v. SCROGGY, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 86–6301.   ORTEGA v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 86–6302.   MULLEN v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 86–6304.   RASHED v. DELAWARE COUNTY, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6306.   WARNER v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.